**\*\*NOT FOR PRINTED PUBLICATION\*\***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| LAURIE ANN GARLINGTON, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 9:17-CV-00030-RC |
| | § | |
| v. | § | |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT
### AND RECOMMENDATION REGARDING ATTORNEY FEES

Before the court is a report and recommendation of the United States magistrate judge regarding the Plaintiff's Motion for Approval of Attorney's Fees. The parties have not filed objections to the report. Having conducted an independent review, the court concludes that the the report of the magistrate judge should be **ACCEPTED** and the motion should be **GRANTED**. It is therefore

**ORDERED** that the Plaintiff's Motion for Approval of Attorney's Fees Pursuant to 42 U.S.C. § 406(b) (Doc. No. 26) is **GRANTED**. It is further

**ORDERED** that Counsel Ronald D. Honig is awarded attorney fees under 42 U.S.C. § 406(b) in the amount of $14,731.75. Upon receipt of that payment, Mr. Honig is **ORDERED** to refund EAJA fees in the amount of $5,639.34 directly to the claimant. *See* 28 U.S.C. § 2412

note, Act of Aug. 5, 1985, Pub. L. No. 99–80, § 3, 99 Stat. 183, 186; *Gisbrecht*, 535 U.S. at 796 (requiring attorneys to refund to the claimant the amount of the smaller fee).

So **ORDERED** and **SIGNED April 22, 2020.**

_____
Ron Clark, Senior District Judge